```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

MILAGROS SENIOR,

                Plaintiff,

    - against -

TANYA TAYLOR DESIGNS LLC,

                Defendant.

───────────────────────────────────

25-cv-5310 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **September 22, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

    The Clerk is respectfully directed to close ECF No. 8.

**SO ORDERED.**

Dated:    New York, New York
            August 19, 2025

                                          /s/ John G. Koeltl
                                               **John G. Koeltl**
                                      **United States District Judge**