UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILAGROS SENIOR,
                Plaintiff(s)

            25 civ 5310 (JGK)

    -against-

TANYA TAYLOR DESIGNS,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for September 24, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 15, 2025